United States District Court
Southern District of Texas
**ENTERED**
May 31, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Jamal Brathwaite, | § § | |
| v. | § § | Civil Action H-18-193 |
| Family Dollar Stores of Texas, LLC, et al, | § § § | |

## ORDER

Pursuant to the Stipulation of Dismissal with Prejudice as to Defendant Zieben Foundation Properties, Ltd. filed on May 30, 2018 the above-styled action shall be and is hereby dismissed with prejudice as to Defendant Zieben Foundation Properties, Ltd pursuant to Federal Rule of Civil Procedure 41(1)(1)(A)(ii).

SIGNED at Houston, Texas, on this 31st day of May, 2018.

DAVID HITTNER
United States District Judge