United States District Court
Southern District of Texas
**ENTERED**
June 19, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Jamal Brathwaite,<br><br>    Plaintiff,<br>v.<br><br>Family Dollar Stores of Texas, LLC,<br>    Defendants. | Civil Action No.  H-18-193 |

ORDER

Pursuant to Plaintiff's Notice of Voluntary Dismissal With Prejudice filed on June 18, 2018 the above-styled action shall be and is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

The Clerk shall send a true copy to all counsel of record.

Signed this ___19___ day of June, 2018.

DAVID HITTNER
United States District Judge